UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        INFORMATION

        -v.-        10 Cr.

WAYNE MITCHELL,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - x

**10 CRIM 145**

## COUNT ONE

**(Embezzling Assets of a Labor Organization)**

The United States Attorney charges:

From at least in or about October 2004 through in or about May 2008, in the Southern District of New York and elsewhere, WAYNE MITCHELL, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, abstract and convert to his own use, and the use of another, monies, funds, securities, property, and other assets of a labor organization of which he was then an officer, and by which he was employed, directly and indirectly, to wit, MITCHELL used his position as president of the Communication Workers of America Union, Local 14170, also known as New York Mailers Union No. 6, to embezzle union funds, by taking unauthorized salary and writing checks to himself from the union account to pay for personal expenses that were not for the benefit of the union.

        (Title 29, United States Code, Section 501(c).)

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/10

===========================================
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===========================================

UNITED STATES OF AMERICA

- v. -

WAYNE MITCHELL,

Defendant.

---

**INFORMATION**
10 Cr.

(Title 29, United States Code,
Section 501(c).)

---

PREET BHARARA
United States Attorney.

---

2/24/10 Filed Information a Waiver of Indictment. Deft. Pres. w/atty Wayne Wiseman & AUSA Ena Kelly Pres. Deft. pleads not guilty. T/E until 3/17/10.

s/Mag. Judge Katz